**John MITCHELL, Petitioner—
Appellant,**

v.

**Gerald MALDONADO, Jr., Warden, Federal Correctional Institution at Estill, South Carolina, Respondent—Appellee.**

**No. 05–6167.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2005.

Decided June 29, 2005.

John Mitchell, Appellant pro se.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Mitchell, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mitchell v. Maldonado,* No. CA–04–1673–8–18BI (D.S.C. Nov. 29, 2004); *see also* 28 U.S.C. § 636(b)(1)(B) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*